IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02331-BNB

MIGUEL ANGEL FACUNDO-GUZMAN,

    Plaintiff,

v.

SPECIAL HOUSING UNIT, Allenwood LSCI,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 0 0 2008

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff Miguel Angel Facundo-Guzman, a federal prisoner who currently is housed in a federal prison facility in White Deer, Pennsylvania, initiated this action by filing a *pro se* Prisoner Complaint. In an order filed on October 28, 2008, Magistrate Judge Boyd N. Boland directed the Clerk of the Court to commence a civil action and instructed Mr. Facundo-Guzman to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Facundo-Guzman either to pay the filing fee or to file a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Plaintiff also was instructed to provide an address for the named Defendant. Mr. Facundo-Guzman was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

On November 21, 2008, Mr. Facundo-Guzman filed a Prisoner Complaint form in the instant action, but again the Complaint is deficient. He also has failed to submit a motion seeking leave to proceed *in forma pauperis* within the time required.

Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies. Accordingly, it is

ORDERED that the Complaint and the action are dismissed without prejudice for failure to cure the deficiencies.

DATED at Denver, Colorado, this 9 day of Dec, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02331-BNB

Miguel Angel Facundo
Reg. No. 07603-010
FCI-Allenwood
PO Box 1500
Allenwood, PA 17887-1000

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 12/9/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk